WWR# 20585579

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In Re: Majestic Greenwood and Christine Greenwood

                Debtors,                Case No. 13-36036
                                                      Chapter 13
                                                      Hon Jack B. Schmetterer
_____/

## NOTICE OF HEARING

TO:   Majestic Greenwood and Christine      Ernesto D Borges
        Greenwood                                      Attorney for Debtors
        8822 S. Dante Ave                     105 W Madison Street
        Chicago, IL 60619                    23rd Floor
                                                               Chicago, IL 60602

        Tom Vaughn                               U.S. Trustee
        Chapter 7 Trustee                     219 S. Dearborn St., Room 873
        55 E. Monroe Street, Suite 3850     Chicago, IL 60604
        Chicago, IL 60604

PLEASE TAKE NOTICE that Citimortgage Inc.'s Motion to dismiss, or in the alternative, Motion for Relief from the Automatic Stay shall be brought on for hearing at 9:30 a.m. on June 18, 2014, or as soon thereafter as counsel may be heard before the Honorable Judge Jack B. Schmetterer at:    219 South Dearborn Street, Chicago, IL 60604, Courtroom 682

                                                        Respectfully submitted,

                                                        **WELTMAN, WEINBERG & REIS CO., L.P.A.**

Date: May 30, 2014                     By:  <u>/s/ Monette Cope</u>
                                                              Monette Cope
                                                              180 N. LaSalle Street, Suite 2400
                                                             Chicago, IL 60601
                                                             Phone: 312-253-9625
                                                             ARDC #6198913
                                                             Attorney for Creditor
                                                             Citimortgage Inc.

WWR# 20585579

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

In Re: Majestic Greenwood and Christine Greenwood

            Debtors,

Case No. 13-36036
Chapter 13
Hon. Jack B. Schmetterer

_____/

## COMBINED MOTION TO DISMISS AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND TO WAIVE FOURTEEN-DAY STAY PURSUANT TO RULE 4001(a)(3)

Now comes Citimortgage Inc., by and through its attorneys, Weltman, Weinberg & Reis Co. L.P.A., and states the following as its Motion for Relief from Automatic Stay:

1. This action is commenced pursuant to 11 U.S.C. § 361, 362, 363 and other Sections of Title 11 of the Bankruptcy Code.

2. Debtors, Majestic Greenwood and Christine Greenwood, filed a petition under 11 U.S.C., Chapter 13, on September 11, 2013.

3. Pursuant to the provisions of 11 U.S.C. § 362(a), the filing of the Debtors' petition operates as an automatic stay against Citimortgage Inc.'s rights as a secured creditor to proceed against Debtors and their property.

4. On October 8, 2002, the Debtors herein did execute and deliver to the Movant a certain Note and Open-End Mortgage in the amount of $325,680.00 (Exhibit A), secured by a mortgage on 16834 CARRINGTON DR., SOUTH HOLLAND, IL 60473 (Exhibit B).

5. There remains due and owing on the Note and Open-End Mortgage referenced in paragraph four hereof, the sum of $111,068.72 plus interest.

6. The property valued at $261,000.00 and is also encumbered by the following liens: $25,677.81.

7. Creditor has not been adequately protected by periodic payments or otherwise since the filing of the Debtor's petition.

8. The plan provides for Citimortgage Inc. to receive payments from Debtor. Payments from the Debtor are in arrears for the months of February 2014 through May 2014 in

the amount of $9,959.68 as of the date of filing of this motion.

9. Continuation of the automatic stay will work real and irreparable harm to Citimortgage Inc. and will deprive it of the adequate protection to which it is entitled.

10. Citimortgage Inc. is entitled to relief from stay to recover possession of the property and liquidate its security interest.

11. Citimortgage Inc. specifically requests that the fourteen-day stay pursuant to Rule 4001(a)(3) prior to enforcement of the order requested herein be waived; such grace period is designed solely for appeal purposes, and an appeal in this matter would be frivolous and without merit.

12. In the Alternative, dismissal is appropriate under 11 U.S.C. § 1307 (c)(6), as the default to Movant constitutes a material default with respect to a term of the confirmed plan.

WHEREFORE, Citimortgage Inc. prays this honorable Court Order that the automatic stay be lifted so as to permit Citimortgage Inc. to proceed to enforce its security interest in the property or in the alternative, that the case be dismissed.

    Respectfully submitted,

    **WELTMAN, WEINBERG & REIS CO., L.P.A.**

Date: May 30, 2014    By: /s/ Monette Cope
    Monette Cope
    180 N. LaSalle Street, Suite 2400
    Chicago, IL 60601
    Phone: 312-253-9625
    ARDC #6198913
    Attorney for Creditor
    Citimortgage Inc.